```
DARRYL DEWAYNE GORDON          NEW AMERICAN FUNDING
5244 HWY 496                   ATTN: BANKRUPTCY
TOOMSUBA, MS 39364             PO BOX 650076
                               DALLAS, TX 75265


THOMAS C. ROLLINS, JR.         SYNCHRONY
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 PO BOX 965064
JACKSON, MS 39236              ORLANDO, FL 32896


AFFIRM                         THE COMMERCIAL BANK
443 IRVING DR                  HOPPER   STREET
BURBANK, CA 91504              DE KALB, MS 39328


AMEX
PO BOX 981535
EL PASO, TX 79998


COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218


COMMERICAL BANK
1101 22ND AVENUE
MERIDIAN, MS 39301


CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130


MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236
```