United States Bankruptcy Court
Southern District of Mississippi

In re:

Darryl Dewayne Gordon

    Debtor

Case No. 26-00606-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3

Date Rcvd: May 01, 2026

User: mssbad

Form ID: n031

Page 1 of 2

Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Dewayne Gordon, 5244 Hwy 496, Toomsuba, MS 39364-9795 |
| 5632960 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5635102 | + | Kathryn Alley Lachowsky-Khan, Foundation Legal Group, LLP, for New American Funding, LLC, 400 West Capitol Ave. Suite 1400, Little Rock, AR 72201-3562 |
| 5632969 | | The Commercial Bank, Hopper Street, De Kalb, MS 39328 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@nafinc.com | May 01 2026 19:55:00 | New American Funding, LLC, 8201 North FM 620, Suite 120, Austin, TX 78726-4075 |
| 5649410 | | Email/PDF: bncnotices@becket-lee.com | May 01 2026 19:53:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5632961 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2026 19:53:12 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5632962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2026 19:55:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5632963 | + | Email/Text: ginger.delaney@commercialbankms.com | May 01 2026 19:55:00 | Commerical Bank, 1101 22nd Avenue, Meridian, MS 39301-4014 |
| 5632964 | + | Email/PDF: creditonebknotifications@resurgent.com | May 01 2026 19:53:06 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5632965 | | Email/Text: mrdiscen@discover.com | May 01 2026 19:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5648949 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2026 19:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5664163 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2026 19:53:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5632966 | + | Email/Text: bankruptcy@marinerfinance.com | May 01 2026 19:55:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5632967 | ^ | MEBN | May 01 2026 19:48:48 | New American Funding, Attn: Bankruptcy, Po Box 650076, Dallas, TX 75265-0076 |
| 5632968 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 19:53:00 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: n031 | Total Noticed: 16 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor New American Funding  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Darryl Dewayne Gordon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−00606−KMS
**Chapter:** 13

**In re:**

Darryl Dewayne Gordon
5244 Hwy 496
Toomsuba, MS 39364

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 1, 2026 (Dkt. # 14 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 1, 2026

Danny L. Miller, Clerk of Court