**OFFICE OF THE STANDING TRUSTEE**
**IN PROCEEDINGS UNDER CHAPTER 13 OF THE**
**UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  August 13, 2026

DARRYL DEWAYNE GORDON
5244 Hwy 496
Toomsuba, MS  39364

Case No.  26-00606 KMS

**RE:      NEW PLAN PAYMENT:  $844.90**
**REASON:  ORDER ON MOTION TO ALLOW SUPPLEMENTAL CLAIM, DK#22.  INCREASE**
**IS EFFECTIVE WITH THE SEPTEMBER 3, 2026 PLAN PAYMENT.**

Dear Debtor:

Your Chapter 13 Plan payment has been changed to the above stated sum.

If you are paying direct, then your next monthly Plan payment after the date of this letter will  have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum  necessary to increase your Plan payment to the above sum will be withheld from your wages.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236